IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD L. HARRISON,                           )
                                              )
        Plaintiff,                            )
                                              )
            vs.                               )        CIVIL NO. 20-cv-95-RJD[1]
                                              )
COMMISSIONER of SOCIAL SECURITY,              )
                                              )
        Defendant.                            )

## MEMORANDUM AND ORDER

**DALY, Magistrate Judge:**

This matter comes before the Court on the parties' Joint Motion to Remand to the Commissioner.  (Doc. 23).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).  Upon a sentence four remand, judgment should be entered in favor of plaintiff.  *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, on remand, the ALJ will "(1) weigh the opinion evidence of record; (2) further consider Plaintiff's residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations; 3) if necessary, obtain supplemental evidence from a vocational expert; (4) offer the claimant an opportunity for a new hearing; and (5) issue a new decision."

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c).  Doc. 8.

Plaintiff applied for disability benefits in November 2016.  (Tr. 59).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion to Remand (Doc. 23) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. §  405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED:  November 6, 2020.**


s/_Reona J. Daly_
**REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**

2